FILED
Apr 28 2021
4:10 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. **'21 CR1292 WQH** |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) – Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) – Bringing in Aliens Without Presentation |
| JOSE GUADALUPE CEJA, JR., | |
| Defendant. | |

The grand jury charges:

Count 1

On or about March 13, 2021, within the Southern District of California, defendant JOSE GUADALUPE CEJA, JR., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Moises Sanchez-Davalos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//

RJMI:cms:San Diego:4/28/21

Count 2

On or about March 13, 2021, within the Southern District of California, defendant JOSE GUADALUPE CEJA, JR., with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Moises Sanchez-Davalos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: April 28, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
ROBERT J. MILLER
Assistant U.S. Attorney